# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132340

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GLIEBERMAN AVIATION, L.L.C.,
     Petitioner-Appellant,

v

DEPARTMENT OF TREASURY,
     Respondent-Appellee.

SC: 132340
COA: 261599
Tax Tribunal: 00-281362

_____/

     On order of the Court, the application for leave to appeal the September 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

                                 Clerk

l0122